**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/28/2021

# ZEICHNER ELLMAN & KRAUSE LLP

1211 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036
TEL: (212) 223-0400

DIRECT DIAL
(212) 826-5331
dmorrissy@zeklaw.com

WWW.ZEKLAW.COM

October 28, 2021

**BY ELECTRONIC FILING**

Hon. Valerie E. Caproni
Thurgood Marshall
United States Courthouse
Courtroom 443
40 Foley Square
New York, NY 10007

> Re: Graciela Doncouse v. Ricky Convenience Corp, *et ano*
> Civil Action No. 1:21-cv-05662-VEC
> Joint Letter Motion to Adjourn Conference

Dear Judge Caproni:

My firm represents defendant 224 Eighth Ave. Corporation in the referenced action. We file this letter in compliance with your Honor's Individual Practices in Civil Cases.

Pursuant to your Order dated July 6, 2021 (Doc. 5), an Initial Pretrial Conference ("IPTC") is currently calendared for November 5, 2021 at 10:00 a.m. Plaintiff's counsel and I consent to and respectfully request an adjournment of such IPTC to December 3, 2021 or whatever date thereafter the Court directs.

We make this request because we have met and conferred and begun substantive settlement discussions, and we wish to make a meaningful attempt at settling this matter before taking the Court's time with it. Additionally, it has come to our attention that the Principal of defendant Ricky Convenience Corp. is out of the Country and will not return before the currently scheduled IPTC. There has been no previous request for an adjournment of the IPTC.

Thank you for your consideration of this request.

Respectfully submitted,

/s/ J. David Morrissy

J. David Morrissy

To: All appearing counsel by ECF only

4863-7818-3169, v. 1

NEW YORK | CONNECTICUT | NEW JERSEY | WASHINGTON, D.C. | TEL AVIV

The initial pre-trial conference, currently scheduled for Friday, November 5, 2021 at 10:00 AM. is hereby CANCELED.  The Court will enter a Case Management Plan by separate order.

Defendants must answer, move, or otherwise respond to the Complaint by no later than **Friday, November 12, 2021**.

If, at any time, the parties would like a referral to the assigned Magistrate Judge or the Court-annexed mediation program, they may submit a joint letter requesting a referral.

SO ORDERED.

Date: October 28, 2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE